UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARY SANTOS | : | |
| | : | |
| v. | : | C.A. No. 07-220ML |
| | : | |
| MICHAEL J. ASTRUE, Commissioner, | : | |
| Social Security Administration | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
May 13, 2008

BY ORDER:

/s/ Martha Saucier
Deputy Clerk